**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Justin HOLIFIELD, Defendant-Appellant.**

**No. 16-16375**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(March 30, 2017)

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Michael C. Bagge-Hernandez, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff-Appellee

Martin DerOvanesian, Federal Public Defender, Federal Public Defender's Office, Fort Myers, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Justin Holifield in this direct criminal appeal from the revocation of his supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Holifield's revocation and sentence are **AFFIRMED.**